IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

OSHANE N. MALCOLM,

    Plaintiff,

v.                                    CASE NO. 4:17cv301-RH-CAS

L. CARTER et al.,

    Defendants.

_____/

**ORDER DISMISSING THE OFFICIAL-CAPACITY
CLAIMS BUT DENYING THE MOTION TO
DISMISS THE INDIVIDUAL-CAPACITY CLAIMS**

This case is before the court on the magistrate judge's report and recommendation, ECF No. 38, and the objections, ECF No. 43. I have reviewed de novo the issues raised by the objections. Upon consideration,

    IT IS ORDERED:

    1. The report and recommendation is accepted and adopted as the court's opinion.

    2. The motion to dismiss, ECF No. 30, is granted in part and denied in part. The claims against the defendants in their official capacities are dismissed. The claims against the defendants in their individual capacities are not dismissed.

3. I do *not* direct the entry of judgment under Federal Rule of Civil Procedure 54(b).

4. The case is remanded to the magistrate judge for further proceedings.

SO ORDERED on October 25, 2019.

s/Robert L. Hinkle  
United States District Judge