# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

OSHANE N. MALCOLM,

    Plaintiff,

v.                                    CASE NO. 4:17cv301-RH-MAF

L. CARTER et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's second report and recommendation, ECF No. 96, and the objections, ECF No. 99. I have reviewed de novo the issues raised by the objections. Upon consideration,

IT IS ORDERED:

1. The second report and recommendation is accepted and adopted as the court's opinion.

2. The plaintiff's summary-judgment motion, ECF No. 80, is denied.

3. The defendants' summary-judgment motion, ECF NO. 75, is granted.

4. The clerk must enter judgment stating, "The plaintiff Oshane N. Malcolm's claims are dismissed with prejudice."

5. The clerk must close the file.

SO ORDERED on September 22, 2020.

s/Robert L. Hinkle  
United States District Judge